PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID M. FURBUSH #83447
david.furbush@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:  (650) 233-4500 / Facsimile:  (650) 233-4545

E-FILED 2/29/16
JS-6

PILLSBURY WINTHROP SHAW PITTMAN LLP
JUSTIN L. BROSSIER #285443
justin.brossier@pillsburylaw.com
ELAINE Y. LEE #293452
elaine.lee@pillsburylaw.com
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone:  (213) 488-7100 / Facsimile:  (213) 629-1033

Attorneys for Petitioner
CEEG (SHANGHAI) SOLAR SCIENCE & TECHNOLOGY CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION- LOS ANGELES

| | |
|---|---|
| CEEG (SHANGHAI) SOLAR SCIENCE & TECHNOLOGY CO., LTD.,<br><br>                    Petitioner,<br><br>          vs.<br><br>SUNVALLEY SOLAR, INC.,<br><br>                    Respondent. | Case No. 2:15-cv-07339-PSG (JPR)_____<br><br>[~~PROPOSED~~] JUDGMENT CONFIRMING ARBITRATION AWARD<br><br>Courtroom:  880<br>Judge: Hon. Philip S. Gutierrez |

706155368v1

- 1 -

Petitioner CEEG (Shanghai) Solar Science & Technology Co., Ltd.'s ("Petitioner") Petition to Confirm Foreign Arbitration Award ("Petition") is pending before the Court (Dkt. No. 1). Having carefully considered the papers filed in support of and in opposition to the Petition, as well as to Petitioner's Motion to Confirm Arbitration Award, the Court enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Judgment is hereby entered in favor of Petitioner against Respondent Sunvalley Solar, Inc. ("Respondent") in accordance with the Arbitral Award issued by the Shanghai International Economic and Trade Arbitration Commission on December 10, 2013, Case No. SG2013015 (Dkt. No. 5, Exhibit 1), and in the following amounts:

(i)     USD $1,000,000.00, representing the principal amount awarded to Petitioner under the Arbitral Award, plus interest awarded by SIETAC, RMB 1,132,093.00 as of December 10, 2013, and interest in the amount of RMB 995,068.31, calculated at the applicable rate under the Arbitral Award from December 10, 2013 through the date of filing of the proposed judgment in this case;

(ii)    RMB 520,900.00, representing the currency exchange loss awarded to Petitioner under the Arbitral Award;

(iii)   RMB 185,955.80, representing the attorneys' fees in connection with the SIETAC arbitration awarded to Petitioner under the Arbitral Award; and

(iv)   RMB 186,283.00 representing the arbitration fees awarded to Petitioner under the Arbitral Award; and

(v)    Post-judgment interest, pursuant to 28 U.S.C. § 1961, which amounts to the sum of USD $13.97 plus RMB 42.20 per day after entry of judgment, compounded annually, based on the applicable interest rate as of the

date of filing of the proposed judgment.

IT IS SO ORDERED.

Dated:  __2/29_____, 2016          PHILIP S. GUTIERREZ

Hon. Philip S. Gutierrez

4844-0871-4542.v3
[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD